# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        ) | |
| )                        | |
| Plaintiff,        ) | **ORDER** |
| )                        | |
| vs.                              ) | |
| )                        | |
| Rudy Francisco Abarca, Jr.,      ) | Case No. 1:22-cr-094 |
| )                        | |
| Defendant.        ) | |

On April 8, 2024, the Court issued an order conditionally releasing Defendant to Hope Manor. (Doc. No. 190). On September 11, 2024, the Pretrial Services Office contacted the Court to advised that Defendant has been terminated from Hope Manor. Accordingly, the court **ORDERS** that Defendant shall report the Burleigh Morton Detention Center by 5:00 PM on September 11, 2024. Upon arriving at the Burleigh Morton Detention Center, Defendant shall be remanded to the custody of the United States Marshal pending further order.

Dated this 11th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court